UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MYLLETTE PUCKETT, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INJURY FINANCING, LLC,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br>1:21-CV-00675-JPB |

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 13], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1. Per the request of the parties, the parties shall have six months to complete fact discovery.  Fact discovery shall close on October 15, 2021.

2. The parties shall have an additional three months to complete expert discovery.  Expert discovery shall close on January 15, 2022.

3. Dispositive motions shall be filed no later than February 14, 2022.

**SO ORDERED** this 14th day of April, 2021.

*[signature]*

J. P. BOULEE
United States District Judge