IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CASE NO. 1:21-cv-00675-JPB

**MYLLETTE PUCKETT**, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

**INJURY FINANCING LLC,**

   *Defendant*.

_____/

**CLASS ACTION**

**CASE ACTION FILE NO.**

**JURY TRIAL DEMANDED**

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The undersigned respectfully moves to withdraw as counsel for Plaintiff Myllette Puckett, and in support states:

1. After Plaintiff failed to appear for her deposition, the undersigned sent multiple emails, text messages, calls, voicemails, and served a letter at Plaintiff's last known residence in an effort to locate Plaintiff and determine if she was still interested in pursuing this case.

2. The undersigned has exhausted all efforts to locate Plaintiff, and Plaintiff has been unresponsive.

3. The undersigned cannot locate Plaintiff and is therefore not authorized to proceed with the litigation.

4. Accordingly, the undersigned requests an order allowing him and his co-counsel to withdraw from the case.

5.	It is further requested that Plaintiff be provided 30 days from the date of Court's order to secure new counsel or alert the Court as to whether she will be proceeding *pro se* before the case is dismissed without prejudice.

6.	The undersigned will e-mail and send by Certified U.S. Mail a copy of the Court's Order to Plaintiff's last known address.

**WHEREFORE,** Plaintiff's counsel moves for an order granting the instant motion, and for such other relief deemed appropriate under the circumstances.

Dated:  December 13, 2021

<br>

Respectfully submitted,

**HIRALDO P.A.**

By:	*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
(t) 954.400.4713
*Counsel for Plaintiff*