# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**MYLLETTE PUCKETT**, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

**INJURY FINANCING LLC,**

   *Defendant*.
_____/

**CLASS ACTION**

**CASE NO. 1:21-cv-00675-JPB**

**JURY TRIAL DEMANDED**

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Myllette Puckett and Defendant Injury Financing, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of Plaintiff are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice. Each party to bear their own costs and attorney's fees.

1

Dated:  February 7, 2022

        Respectfully submitted,

        **HIRALDO P.A.**

By:   */s/ Manuel S. Hiraldo*
       Manuel S. Hiraldo, Esq.
       Florida Bar No. 030380
       401 E. Las Olas Boulevard
       Suite 1400
       Ft. Lauderdale, Florida 33301
       mhiraldo@hiraldolaw.com
       (t) 954.400.4713
       *Counsel for Plaintiff*

**KABAT CHAPMAN & OZMER LLP**

*/s/ Matthew A. Keilson*
RYAN D. WATSTEIN
Georgia Bar No. 266019
NATHAN D. CHAPMAN
Georgia Bar No. 244954
MATTHEW A. KEILSON
Georgia Bar No. 216676
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333
Email:rwatstein@kcozlaw.com
       nchapman@kcozlaw.com
       mkeilson@kcozlaw.com